

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00830-CV

Rene **VELA**,
Appellant

v.

**MURPHY EXPLORATION & PRODUCTION COMPANY-USA** and Nabors Drilling
Technologies, Inc.,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-05-12283-DCV-AJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Costs of the appeal are taxed against Appellant Rene Vela.

SIGNED December 27, 2019.

_____
Rebeca C. Martinez, Justice